**Jeanne STROUP, et al., Respondent,**

v.

**McGee LEIPARD, et al., Appellant.**

**No. WD 58249.**

Missouri Court of Appeals,
Western District.

Submitted July 10, 2001.

Decided Oct. 23, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 2001.

Application for Transfer Denied Jan. 22, 2002.

John J. Hager, Kansas City, MO., for Respondent.

John B. Neher, Lexington, MO., for Appellant.

Before, THOMAS H. NEWTON, P.J., HAROLD LOWENSTEIN, and JAMES M. SMART, Jr., JJ.

### Order

PER CURIAM.

McGee and Helen Leipard appeal an adverse verdict in a discovery of assets case involving bank accounts formerly belonging to Albert Leipard, deceased. Having considered the contentions on appeal, we affirm by summary order. A formal opinion would lack jurisprudential value. A memorandum is furnished to the parties concerning the reasons for the decision. Judgment affirmed. Rule 84.16(b).